Henry J. Surmeier, appellant, v. Henry L. Gundlach et al., appellees.

Bill to compel removal of dam. Decree for complainant. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow,

Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 17, 1926.

J. Paul Carter, for appellant. Louis Klingel, for appellees.

Mr. Justice Barry delivered the opinion of the court.